B. ROSS BOZARTH  (SB#179171)
GUENARD & BOZARTH
1810 S Street
Sacramento, CA  95814
Tel:  (916) 447-7177

DAVID I. LIPSKY (SB#51009)
WALDRON & OLSON, LLP
26 Corporate Plaza Drive,  Suite 100
Newport Beach, CA  92660-7901
Tel: (949)760-0204

Attorneys for Plaintiff Sharon Wilson-Gregory

**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| SHARON WILSON-GREGORY, an individual, <br><br> Plaintiff, <br><br> v. <br><br> PENNSYLVANIA LIFE INSURANCE COMPANY et al., <br><br> Defendants. <br> _____/ | **CASE NO.: CivS-05-497-DFL-KJM** <br><br> **ORDER EXTENDING TIME FOR THE DISCLOSURE OF EXPERT WITNESSES** <br><br> [F.R.C.P. 26 (a) (2)] |

The Court, having reviewed the parties' Stipulation to Extend time for the Disclosure of Expert Witnesses, hereby orders that the deadline to make expert witness disclosures be extended to October 11, 2005.

IT IS SO ORDERED ON THIS 22 DAY OF July 2005.


_____
DAVID F. LEVI
United States District Judge