1  B. ROSS BOZARTH  (SB#179171)
2  GUENARD & BOZARTH
   1810 S Street
3  Sacramento, CA  95814
   Tel:  (916) 447-7177
4
5  DAVID I. LIPSKY (SB#51009)       **OK/HAV**
   WALDRON & OLSON, LLP
6  26 Corporate Plaza Drive,  Suite 100
   Newport Beach, CA  92660-7901
7  Tel:  (949)760-0204
8
   Attorneys for Plaintiff Sharon Wilson-Gregory
9

10              UNITED STATES DISTRICT COURT
11              EASTERN DISTRICT OF CALIFORNIA

12 | SHARON WILSON-GREGORY, an          | **CASE NO.: CV-05-497-DFL-KJM**
13 | individual,                         |
   |                                     | **STIPULATION AND [PROPOSED]**
14 |            Plaintiff,               | **ORDER TO EXTEND DATES IN**
   |                                     | **PRE-TRIAL SCHEDULING ORDER**
15 |     v.                              |
   |                                     | [F.R.C.P. 26 (a) (2)]
16 | PENNSYLVANIA LIFE INSURANCE         |
17 | COMPANY et al.,                     |
18 |            Defendants.              |
19 | _____/|

20     It is hereby stipulated by and between plaintiff Sharon Wilson-Gregory and defendant
21  Pennsylvania Life Insurance Company, through their respective attorneys of record, to extend the
22  following dates set forth in the Status (Pre-Trial Scheduling) Order dated May 19, 2005:
23      Expert Witness Disclosure: Extend to December 9, 2005
24      Supplemental Expert Witness Disclosure: Extend to December 16, 2005
25      Discovery Completion: Extend to February 24, 2006
26      Dispositive Motions: Extend filing deadline to April 12, 2006
27      Hearing on Dispositive Motions: Extend to May 10, 2006, at 10:00 a.m.
28      Joint Pre-Trial Statement: Extend due date to June 16, 2006

1  Pre-Trial Conference: Extend to June 23, 2006, at 2:00 p.m.

2  Trial: Extend to July 24, 2006

3  The above extensions of time are necessary because, among other things, plaintiff has
4  been unable to obtain an early appointment with a medical provider that she deems material to her
5  claims, and as a consequence all medical records are not yet available, making it difficult to retain
6  experts as of this date. In the meantime, the parties have been cooperating with each other,
7  conducting discovery, and have scheduled an early mediation in an effort to commence early and
8  meaningful settlement discussions.

Respectfully submitted,

Dated: September 13, 2005      GUENARD & BOZARTH, LLP
                                WALDRON & OLSON, LLP


By:    s/B. Ross Bozarth
       Ross Bozarth, Attorneys for Plaintiff


Dated: September 13, 2005      EZER WILLIAMSON & BROWN LLP


By:    s/Richard Williamson
       Richard E. Williamson, Attorneys for
       Defendant


The Court, having reviewed the parties' <u>Stipulation to Extend Dates in Pre-Trial Scheduling Order</u>, and finding good cause, hereby orders that the dates be extended as stipulated.

IT IS SO ORDERED ON THIS 16 DAY OF September, 2005.


_____
DAVID F. LEVI
United States District Judge