B. ROSS BOZARTH  (SB#179171)
GUENARD & BOZARTH
1810 S Street
Sacramento, CA  95814
Tel:  (916) 447-7177

DAVID I. LIPSKY (SB#51009)
WALDRON & OLSON, LLP
26 Corporate Plaza Drive,  Suite 100
Newport Beach, CA  92660-7901
Tel:  (949)760-0204

Attorneys for Plaintiff Sharon Wilson-Gregory

**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| SHARON WILSON-GREGORY, an individual, | **CASE NO.: CV-05-497-DFL-KJM** |
| Plaintiff, | **STIPULATION AND [PROPOSED] ORDER TO EXTEND TIME FOR THE DISCLOSURE OF EXPERT WITNESSES** |
| v. | |
| PENNSYLVANIA LIFE INSURANCE COMPANY et al., | [F.R.C.P. 26 (a) (2)] |
| Defendants. / | |

It is hereby stipulated by and between plaintiff Sharon Wilson-Gregory and defendant Pennsylvania Life Insurance Company, through their respective attorneys of record, to extend the time to make expert witness disclosures from December 9, 2005 as stated in the pre-trial scheduling order until January 31, 2006.  Supplemental disclosures extended to February 14, 2006.

///
///
///
///
///

It is further stipulated that the Discovery Completion currently set for February 24, 2006 shall be extended to March 14, 2006. All other deadlines to remain unchanged.

Dated: December 6, 2005                    Respectfully submitted,

                                           GUENARD & BOZARTH, LLP
                                           WALDRON & OLSON, LLP


                                           By: _s/Ross Bozarth_____
                                           Ross Bozarth, Attorneys for Plaintiff


                                           EZER WILLIAMSON & BROWN LLP


                                           By: _s/Richard Williamson_
                                           Richard E. Williamson, Attorneys for Defendant

### ORDER EXTENDING TIME
### FOR THE DISCLOSURE OF EXPERT WITNESSES

The Court, having reviewed the parties' Stipulation to Extend time for the Disclosure of Expert Witnesses, hereby orders that the deadline to make expert witness disclosures be extended to 1/31/ 2006 and supplemental disclosures by 2/14/ 2006.

IT IS SO ORDERED ON THIS 6th DAY OF December, 2005.


                                           /s/ David F. Levi
                                           UNITED STATES DISTRICT JUDGE