1   B. ROSS BOZARTH  (SB#179171)
2   GUENARD & BOZARTH
    1810 S Street
3   Sacramento, CA  95814
    Tel:  (916) 447-7177
4

5   DAVID I. LIPSKY (SB#51009)
    WALDRON & OLSON, LLP
6   26 Corporate Plaza Drive,  Suite 100
    Newport Beach, CA  92660-7901
7   Tel: (949)760-0204

8
    Attorneys for Plaintiff Sharon Wilson-Gregory
9

10
                    **UNITED STATES DISTRICT COURT**
11                   **EASTERN DISTRICT OF CALIFORNIA**

12  SHARON WILSON-GREGORY, an                 **CASE NO.: CV-05-497-DFL-KJM**
    individual,
13
                                              **STIPULATION AND [PROPOSED]**
14              Plaintiff,                     **ORDER TO EXTEND DATES IN**
                                              **PRE-TRIAL SCHEDULING ORDER**
15         v.
                                              [F.R.C.P. 26 (a) (2)]
16  PENNSYLVANIA LIFE INSURANCE
17  COMPANY et al.,

18              Defendants.
19  _____/

20       It is hereby stipulated by and between plaintiff Sharon Wilson-Gregory and defendant

21  Pennsylvania Life Insurance Company, through their respective attorneys of record, to extend the

22  following dates set forth in the Status (Pre-Trial Scheduling) Order dated May 19, 2005 and

23  modified by subsequent stipulations:

24       Expert Witness Disclosure: Extend to February 28, 2006

25       Supplemental Expert Witness Disclosure: Extend to March 14, 2006

26       Discovery Completion: Extend to March 24, 2006

27       Dispositive Motions: Extend filing deadline to April 12, 2006 (Unchanged)

28       Hearing on Dispositive Motions: Extend to May 10, 2006, at 10:00 a.m. (Unchanged)

1    Joint Pre-Trial Statement: Extend due date to June 16, 2006 (Unchanged)

2    Pre-Trial Conference: Extend to June 23, 2006, at 2:00 p.m. (Unchanged)

3    Trial: Extend to July 24, 2006 (Unchanged)

4    The above extensions of time  are necessary because, among other things, the parties have

5    had difficulty obtaining the depositions of Plaintiff's treating doctors and scheduling out of state

6    depositions of Defendants former employees.  The parties have also engaged in one session of

7    mediation and are scheduled to attend a second session of mediation on January 24, 2006.

8

9                                                        Respectfully submitted,

     Dated: January 9, 2006                   GUENARD & BOZARTH, LLP
10                                                       WALDRON & OLSON, LLP

11

12                                                By:    s/B. Ross Bozarth
                                                         Ross Bozarth, Attorneys for Plaintiff

13

14   Dated: January 9, 2006                   EZER WILLIAMSON & BROWN LLP

15
                                                  By:    s/Richard Williamson
16                                                       Richard E. Williamson, Attorneys for
                                                         Defendant

17

18   The Court, having reviewed the parties' Stipulation to Extend Dates in Pre-Trial

19   Scheduling Order, and finding good cause, hereby orders that the dates be extended as stipulated.

20   IT IS SO ORDERED ON THIS 20 DAY OF January, 2006.

21

22

23   _____
     DAVID F. LEVI

24   United States District Judge

25

26

27

28

STIPULATION AND [PROPOSED] ORDER TO EXTEND DATES IN PRE-TRIAL SCHEDULING ORDER